IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMAPER CORPORATION, : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION |
| : | NO. 05-1103 |
| ANTEC, INC., ET AL., : | |
| Defendants. : | |

# ORDER

AND NOW, this ___ of January, 2009, upon consideration of Plaintiff's Reply to this Court's December 17, 2008 Order requesting an Accounting of Attorney Fees and Costs (Doc. 117), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Request for Attorney Fees and Costs is **GRANTED**.

**IT IS FURTHER ORDERED** that Attorney Fees and Costs are granted in the amount of four hundred sixty-two thousand, three hundred ninety-seven dollars and forty-eight cents ($462,397.48).

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.