THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMAPER CORPORATION | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. 05-1103 |
| v. | : | |
| | : | Honorable Petrese B. Tucker |
| ANTEC, INC., BEST BUY CO., INC., AND MICRO ELECTRONICS, INC., | : | |
| Defendants. | : | |

### ORDER

It is hereby ORDERED that Plaintiff's Motion to Strike Defendants' Opposition to Plaintiff's Motion for Reconsideration under Federal Rule of Civil Procedure 59(e) of Order Denying Enhanced Damages on December 31, 2008 (Docket No. 130) is GRANTED.

Dated: 8/27/09

Honorable Petrese B. Tucker, USDJ

1179577.1 8/13/09