IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMAPER CORPORATION,** : | |
| Plaintiff, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 05-1103** |
| **ANTEC, INC., ET AL.,** : | |
| Defendants. : | |

**ORDER**

AND NOW, this ____ day of April 2012, upon consideration of Defendant's Motion for Judgment as a Matter of Law of Invalidity (Doc. 174), Defendant's Renewed Motion for Judgment as a Matter of Law, or, in the Alternative, New Trial (Docs. 187, 188), Plaintiff's Response (Doc. 199), Defendant's Reply (Doc. 201), Plaintiff's Sur-Reply (Doc. 204), and all accompanying briefs and relevant correspondence, **IT IS HEREBY ORDERED AND DECREED** that:

1. Defendant's initial Motion for Judgment as a Matter of Law of Invalidity (Doc. 174) is **DENIED AS MOOT**, and

2. Defendant's Renewed Motion for Judgment as a Matter of Law (Docs. 187, 188) is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that this case shall be closed for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the memorandum issued by the Court on April 2, 2012.